# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:16-CV-06713-RGK-AJW | Date | May 10, 2017 |
|---|---|---|---|
| Title | *Finato v. Keith Fink & Assocs.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Re: Order to Show Cause on Plaintiff's Citizenship

Plaintiff Joaquim Finato filed this case under diversity jurisdiction by asserting a Florida domicile. (Compl. ¶¶ 1, 7, ECF No. 1.) But in their counterclaims, Defendants allege that Plaintiff "is and, at all relevant times hereto, was an individual residing in . . . Los Angeles, California." (Countercl. ¶ 2, ECF No. 32.) While this does not necessarily create a contradiction, it raises a question regarding the Court's jurisdiction. Thus, the Court orders Plaintiff to prove his citizenship by submitting evidence establishing his Florida domicile at the time of filing, September 7, 2016. Plaintiff must do so within one day of this Order.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer  _____