UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:16-CV-06713-RGK-AJW | Date | November 20, 2017 |
|---|---|---|---|
| Title | JOAQUIM FINATO v. KEITH FINK AND ASSOCIATES, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Nicolette Glazer | Sarah Hernandez | |

**Proceedings:**   **PRETRIAL CONFERENCE**

Court and counsel confer. The matter will go forward as a Court Trial on December 5, 2017 at 9:00 a.m.

The parties are ordered to attend a further settlement conference before Magistrate Judge Gandhi on December 1, 2017 at 10:00 a.m.

**IT IS SO ORDERED.**

|  | : | 05 |
|---|---|---|
| Initials of Preparer | slw | |

cc:   Magistrate Judge Gandhi