Imbar Sagi-Lebowitz, Bar No. 232728
Keith A. Fink & Associates
1990 Bundy Drive, Suite 620
Los Angeles, CA 90025
Tel: 310-268-0780
Fax: 310-268-0790

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Joaquim Finato

PLAINTIFF(S)

v.

Keith A. Fink & Associates; Keith Fink Esq.
Sarah Hernandez, Esq. and Does 1-5

DEFENDANT(S).

CASE NUMBER

2:16-cv-06713-RGK-AJW

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

☒ State of California, County of Los Angeles
☐ State of _____, County of _____

I, Imbar Sagi-Lebowitz hereby state under penalty of perjury that,

1. Judgment for $ 22250.00 was entered on January 5, 2018 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Keith Fink & Associates as Judgment Creditor, and against Joaquim Finato c/o Nicolette Glazer as Judgment Debtor.

    **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
    $ 8,960.96 accrued interest, computed at 10 % *(See note.)*
    $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, State of California, this 14th date of January, 2022.

*/s/ Imbar Sagi-Lebowitz*
Signature

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)          **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**